**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICARDO CAMACHO BLANCAS; FRANCISCA CORDOVA CAMACHO, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-73048 <br><br> Agency Nos. A075-507-129 <br> A075-533-230 <br><br><br> MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010[**]

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

Ricardo Camacho Blancas and Francisca Cordova Camacho, husband and

wife and natives and citizens of Mexico, petition pro se for review of the Board of

Immigration Appeals' ("BIA") order denying their motion to reopen.  Our

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JT/Research

jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely because the motion was filed more than two years after the BIA's May 24, 2005, order, and did not fall within one of the exceptions to the ninety-day filing limit. *See* 8 C.F.R. § 1003.2(c)(2).

We lack jurisdiction to consider petitioners' contention that their motion established grounds for equitable tolling of the ninety-day limit because petitioners failed to exhaust this contention before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**